Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of ROSENBERG BROS. & COMPANY, Respondent, against CONSUMERS BISCUIT COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of ROSENBERG BROS. & COMPANY, Respondent, against CONSUMERS BISCUIT COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ANDREW PROKOPETS, Appellant, v. CHICAGO PNEUMATIC TOOL COMPANY OF NEW JERSEY, Respondent.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE RUDOLPH WURLITZER COMPANY, Respondent, v. S. A. WALD & Co., INC., et al., Appellants, Impleaded with Others.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

RUTH HARRIS, Respondent, v. MITCHELL HARRIS, Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BESSIE ROBINS, Respondent, v. BERNARD L. GOLD, Appellant.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BESSIE ROBINS, Respondent, v. BERNARD L. GOLD, Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

NICHOLAS DeSTEFANO, Respondent, v. JOSEPH G. PAPA, as President of Commission Drivers and Chauffeurs Union, Local 202, of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ARTHUR DIAMOND, Appellant, v. FRANCIS B. DAVIS, JR., et al., Respondents, Impleaded with Others.— No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ARTHUR DIAMOND, Appellant, v. FRANCIS B. DAVIS, JR., et al., Defendants, and E. I. DU PONT DE NEMOURS & COMPANY, et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HAROLD I. ROTKER, Respondent, v. NEWS SYNDICATE Co., INC., Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MIRIAM OLKEN, Appellant, v. SOLOMON JAFFEE, Respondent.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HARRY VAN ARSDALE, JR., Appellant and Respondent, v. TIME, INCORPORATED, Respondent and Appellant.—